LINK:

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-09428-GAF (RZx) | Date | December 1, 2011 |
|---|---|---|---|
| Title | Rosendo Garnery v. F V Midnight Hour et al | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**      **(In Chambers)**

Plaintiff filed a Complaint with this Court on December 8, 2010.

On November 8, 2011, the Court issued an Order to Show Cause RE: Lack of Prosecution in light of the Plaintiff's apparent failure to request entry of defaults as to the defendants. The Order specifically warned Plaintiff that the Court could dismiss if good cause was not shown for any extension of time. Plaintiff was to respond to the Court's Order to Show Cause no later than November 28, 2011. To date, however, no request for entry of default or response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer        rf